Marianne Dugan (OSB # 93256)
Internet e-mail address mdugan@mdugan.com
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. 866-650-5213
    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WESTERN RADIO SERVICES CO., an Oregon corporation; and RICHARD L. OBERDORFER, | **No.** 09-cv-872-HO |
| Plaintiffs, | JOINT ALTERNATE DISPUTE RESOLUTION REPORT |
| v. | |
| UNITED STATES FOREST SERVICE, | |
| Defendant, | |

In accordance with LR 16.4(d), this Joint Alternative Dispute Resolution (ADR) Report is filed on behalf of all parties to this action:

**1.** **Have counsel held settlement discussions with their clients and the opposing party?**
    ____ Yes     X  No

If not, provide an explanation:   The issues presented are complex and do not easily lend themselves to settlement discussions.

**2.** **The parties propose:** (*check one of the following*)

    _____ Referring this case to a neutral of their choice for ADR not sponsored by the court.

    _____ That the court refer this case to a court sponsored mediation using a volunteer mediator pursuant to LR 16.4.  The parties seek a volunteer mediator because:

     X   ADR may be helpful at a later date following completion of summary judgment briefing and decision

PAGE 1 - JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

\_\_\_\_\_    The parties believe the court would be of assistance in preparing for ADR by:

\_\_\_\_\_    The parties do not believe that any form of ADR will assist in the resolution of this case.

\_\_\_\_\_    Other:


**Dated**:  December 28, 2009

By:    /s/  Marianne Dugan
Marianne Dugan, OSB 93256
(541) 338-7072
Plaintiff's Attorney

   /s/ Sean Martin
Sean E. Martin
U.S. Dept of Justice
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1010

PAGE 2 - JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT